≈AO 245B (Rev. 12/11) Judgment in a Criminal Petty Case
Sheet 1

FILED
DEC 26 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
v.
MARIA ELENA DE LA BARRERA-PACHECO (1)

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

Case Number: 18CR5017-JLS

Federal Defenders, Inc., by: Jamal S. Muhammad
Defendant's Attorney

REGISTRATION NO. 80581298

THE DEFENDANT:
☒ pleaded guilty to count(s) 1 of the Superseding Information
☐ was found guilty on count(s) _____
after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 8 USC 1325(a)(3) | Improper Entry by an Alien (Misdemeanor) | 1 |

The defendant is sentenced as provided in this judgment.

☒ Count(s) (Underlying Information) is ☒ are ☐ dismissed on the motion of the United States.
☐ IT IS ADJUDGED that

the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of time served.

☐ The defendant has been found not guilty on count(s) _____
☐ Assessment: $10

☒ Fine waived ☐ Forfeiture pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

December 21, 2018
Date of Imposition of Sentence

HON. JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE

18CR5017-JLS